Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Rachel Lobato

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>           Plaintiff,<br><br>      vs.<br><br>SHAO YUN LIAN, as Trustee of the SHAO YUN LIAN AND JIE YING LIAN REVOCABLE LIVING TRUST AGREEMENT dated May 25, 2011, and dba ELAINE'S CAFE, et al.,<br><br>           Defendants. | No. 1:15-cv-00555-JAM-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Rachel Lobato and Defendants Shao Yun Lian and Jie Ying Lian, as Trustees of the Shao Yun Lian and Jie Ying Lian Revocable Living Trust Agreement dated May 25, 2011, and dba Elaine's Cafe, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: August 11, 2015                    MOORE LAW FIRM, P.C.


                                         */s/ Tanya E. Moore*
                                         Tanya E. Moore
                                         Attorney for Plaintiff
                                         Rachel Lobato


Date: August 11, 2015                    */s/ Tracy A. Agrall*
                                         Tracy A. Agrall
                                         Attorneys for Defendants,
                                         Shao Yun Lian and Jie Ying Lian, as Trustees of
                                         the Shao Yun Lian and Jie Ying Lian Revocable
                                         Living Trust Agreement dated May 25, 2011, and
                                         dba Elaine's Cafe


**ORDER**

   The parties having so stipulated,

   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.


**IT IS SO ORDERED**


Dated: 8/12/2015              /s/ John A. Mendez
                              United States District Court Judge